AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
# District of Kansas

| | |
|---|---|
| BARBARA McDANIEL-SHARP )<br>*Plaintiff(s)* )<br>v. )<br>)<br>WAL-MART STORES, INC. )<br>*Defendant(s)* | Civil Action No. 11-2518 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☑ the plaintiff *(name)* BARBARA McDANIEL-SHARP recover from the defendant *(name)* WAL-MART STORES, INC. the amount of $16,151.30 dollars ($ 16,151.30 ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of 0.17 %, per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____

☐ other:

This action was *(check one)*:

☑ tried by a jury with U. S. District Judge Carlos Murguia presiding, and the jury has rendered a verdict.

☐ tried by _____ without a jury and the above decision was reached.

☐ decided by _____ on a motion for

Date: 03/08/2013

TIMOTHY M. O'BRIEN
CLERK OF COURT

s/Sharon Scheurer
*Signature of Clerk or Deputy Clerk*